IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES LAMOUNT JEFFRIES, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:17-CV-715-WKW [WO] |
| DALE COUNTY JAIL, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 5.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

2. This action is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 8th day of February, 2018.

                                            /s/ W. Keith Watkins
                               CHIEF UNITED STATES DISTRICT JUDGE